**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s) **English For A Lifetime, LLC**

Case No.: **24–57144–lrc**
Chapter: **7**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

The above referenced case was filed on July 10, 2024. An Order Regarding Unpaid Filing Fees was issued on July 10, 2024 and the debtor has failed to comply with the terms of that Order. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

The Clerk is directed to serve a copy of this Order on the Debtor(s), Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on August 1, 2024.

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 523